# UNITED STATES DISTRICT COURT
## for the

__Aimee O'Neal__
*Plaintiff/Petitioner*

v.

__State of NY__
*Defendant/Respondent*

2:20-cv-01203-GMN-VCF

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 24 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY                        DEPUTY

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ __420__, and my take-home pay or wages are: $ __420__ per

*(specify pay period)* __week__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☒ No
(b) Rent payments, interest, or dividends               ☐ Yes     ☒ No
(c) Pension, annuity, or life insurance payments        ☐ Yes     ☒ No
(d) Disability, or worker's compensation payments       ☐ Yes     ☒ No
(e) Gifts, or inheritances                              ☐ Yes     ☒ No
(f) Any other sources                                   ☐ Yes     ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: $ 0.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

I owe $8500 on a motor vehicle

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

$450 - Rent    Cousins $200
$200 - Gas     Fingerhut $25
$200 - Food    online card $40
$100 - phone/Internet

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

$8500 - Libel financial for a motor vehicle

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4/28/20

Aimee O'Neil
Applicant's signature

Aimee O'Neil
Printed name

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the

Aimee O'Neil
_____
*Plaintiff/Petitioner*

v.

New York State
_____
*Defendant/Respondent*

2:20-cv-01203-GMN-VCF

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 24 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are:  $ 420 , and my take-home pay or wages are:  $ 420  per
(specify pay period) week .

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment  ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments  ☐ Yes  ☒ No
(e) Gifts, or inheritances  ☐ Yes  ☒ No
(f) Any other sources  ☐ Yes  ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I receive Colorado Unemployment benefits bi-weekly

Renee Q Nail
844 N. Rainbow #264
Las Vegas, NV 89107

United States District Court
333 S Las Vegas Blvd.
Las Vegas, NV 89101

FILED
ENTERED
_____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 24 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Hasler
06/22/2020
US POSTAGE $001.45⁰
ZIP 89107
011E10674216